IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DANIEL PUCKET, in his own capacity; AMY PUCKET, in her own capacity; LUKE PUCKET, by and through his parents and guardians, Daniel and Amy Pucket; BENJAMIN PUCKET, by and through his parents and guardians, Daniel and Amy Pucket, <br><br>    Plaintiffs, <br><br> v. <br><br> HOT SPRINGS SCHOOL DISTRICT NO. 23-2; and its SCHOOL BOARD, <br><br>    Defendants, <br><br> and <br><br> LAWRENCE LONG, in his official capacity as Attorney General of South Dakota; and MARK BARNETT, in his official capacity as Chief Deputy Attorney General of South Dakota, <br><br>    Intervenor-Defendants. | Civ. No. 03-5033-KES |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying memorandum of law submitted in support of this Motion, and based on the facts set forth in the accompanying separate statement of material facts (along with the attached affidavits, declarations, and exhibits thereto), plaintiffs Daniel, Amy, Luke and Benjamin Pucket ("Plaintiffs"), move this Court for an order under Federal Rule of Civil Procedure 56 and Local Rule 56.1 of the United States District Court for the District of South Dakota granting summary judgment

to Plaintiffs and against Defendants Hot Springs School District No. 23-2 and its School Board ("Defendants") on Count I of the Complaint (Violation of the United States Constitution Fourteenth Amendment:  Equal Protection (42 U.S.C. § 1983)); Count II of the Complaint (Violation of the United States Constitution First and Fourteenth Amendments:  Free Exercise of Religion (42 U.S.C. § 1983)); Count III of the Complaint (Violation of the United States Constitution First and Fourteenth Amendments:  Freedom of Speech (42 U.S.C. § 1983)); and Count IV of the Complaint (Violation of the United States Constitution First and Fourteenth Amendments:  Establishment Clause (42 U.S.C. § 1983)).

Dated:  November 15, 2006

THE BECKET FUND FOR RELIGIOUS LIBERTY

By:   /s/ Daniel F. Duffy
Daniel F. Duffy, Esq.
Jeffrey G. Hurd, Esq.
BANGS MCCULLEN, BUTLER, FOYE & SIMMONS
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD  57709-2670
Phone:  (605) 343-1040
Fax:  (605) 343-1503

-  and -

Anthony R. Picarello, Jr., Esq.
Derek L. Gaubatz, Esq.
Roger T. Severino, Esq.
1350 Connecticut Avenue, NW, Suite 605
Washington, DC  20036-1735
Phone:  (202) 955-0095
Fax:  (202) 955-0090

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that he served this legal document upon the persons herein next designated, all on the date below shown, by electronic means pursuant to Fed.R.Civ.P 5(b)(2)(D) to:

>Roxanne Giedd
>Diane Best
>Jeffrey P. Hallem
>Attorney General's Office
>500 E. Capitol
>Pierre, SD  57501-5070
>
>Judith K. Grunewaldt
>Tieszen Law Office, L.L.P.
>306 East Capitol, Suite 300
>P.O. Box 550
>Pierre, SD  57501-0550

which are the last addresses of the addressees known to the subscriber.

      Dated this 15th day of November, 2006.

                                                            */s/ Daniel F. Duffy*
                                                            Daniel F. Duffy, Esq.

*This document was electronically filed.*