IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL PUCKET, in his own capacity; AMY PUCKET, in her own capacity; LUKE PUCKET, by and through his parents and guardians, Daniel and Amy Pucket; BENJAMIN PUCKET, by and through his parents and guardians, Daniel and Amy Pucket, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 03-5033-KES |
| HOT SPRINGS SCHOOL DISTRICT NO. 23-2; and its SCHOOL BOARD, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| LAWRENCE LONG, in his official capacity as Attorney General of South Dakota; and MARK BARNETT, in his official capacity as Chief Deputy Attorney General of South Dakota, | ) ) ) ) ) ) ) | |
| Intervenor Defendants. | ) ) ) | |

## AFFIDAVIT OF DR. CHARLES L. GLENN

Having been duly sworn, CHARLES L. GLENN states the following:

1. I have personal knowledge of each of the statements sworn to below.

2. Attached as Exhibit 1 is a true copy of the expert report I wrote regarding the historical meaning of the word "sectarian" and the context in which it was used in the decades following the Civil War.

3. I alone wrote this expert report.

4. I have been asked by the attorneys for the Plaintiffs to review my expert report.

5. I employed the most appropriate, advanced, and comprehensive research techniques available in the fields of U.S., comparative, and education history in reaching the conclusions in my report.

6. The conclusions in my report are well-supported by the evidence, the research I have conducted, the research of others I have cited, and is confirmed by my many years of experience in the fields of U.S., comparative, and education history.

7. My expert report is accurate in all respects.

8. My expert report is truthful and I stand fully behind the content of my report.

I swear under penalty of perjury under the laws of the State of South Dakota and of this Court that the foregoing is true and correct.

Dated November 9, 2006

_____
Dr. Charles L. Glenn

Subscribed and sworn to me on November 9th, 2006.
(Seal)

_____
Notary Public Commission

Expires:_____

MY COMMISSION EXPIRES
NOVEMBER 28, 2008