Daniel Pucket, et. al v. Hot Springs School District, et. al.

Attachment to Bill of Costs (Transcripts)

| Item & Number of Pages | Date of Depo Or hearing | Invoice Date | Introduced or Record Reference | Cost |
|---|---|---|---|---|
| Charles Glenn Depo. Original & one copy of transcript & exhibits; 159 pages | 9/25/2005 | 10/21/2005 | Doc.115 ( Sch. Dist. Motion for SJ); Doc. 308 (Pltfs. Motion for SJ); Doc. 370 (Defs Motion to Strike); Doc 435 (Pltfs. Response to Motion to Strike); | 933.55 |
| Motion Hearing Original & one copy of transcript; 61 pages | 1/5/2006 | 3/20/2006 | Doc. 146 | 205.25 |
| Jon Lauck Depo. Half of original transcript & 1 copy of transcripts & reporting service attendance fee; 584 pages | 3/22/2006 | 3/27/2006 | Doc.316 (Pltfs. Motion for SJ); (Doc 435 (Pltfs. Response to Motion to Strike) | 644.10 |
| Kimberly Porter Depo. Copy of transcript & exhibits; 345 pages | 3/23/2006 | 4/04/2006 | Doc. 314 (Pltfs. Motion for SJ); Doc. 370 (Defs. Motion to Strike); Doc. 422 Pltfs. Motion for SJ) | 693.15 |
| Kimberly Porter Addtl. Record. Subtract additional record of Defendants from above transcript invoice | 3/23/2006 | 4/04/2006 | | (20.90) |
| Steven Green Depo. Copy of transcript & exhibits; 213 pages | 5/10/2006 | 7/20/2006 | Doc. 308 (Pltfs. Motion for SJ) | 420.75 |
| Vern Hagedorn 30(b) Depo. for school district & Vern Hagedorn individual depo. Copy of transcripts & exhibits; 140 pages and 154 pages | 7/18/2006 & 7/20/2006 | 7/27/2006 | Doc. 387 (Hagedorn 30(b)(6) as Exh. to Pltfs. Response to Defs St. of Material Facts) | 450.90 |
| Amy & Daniel Pucket Depos. Half of original transcript & 1 copy of transcripts & reporting services; 265 pages | 7/21/2006 | 7/30/2006 | Doc. 302 (Amy Pucket and Daniel Pucket Exhs. To Defs. Motion for SJ) | 911.50 |

| Larry Belitz, Chuck Benson, Charlene Monfore, Marilyn Umiker, and Beth Spitzer I Depos. Copy of transcripts & exhibits; 630 pages | 7/17/200 & 7/19/2006 | 7/31/2006 | Doc.302 (Spitzer I Exh. to Defs. Motion for SJ); Doc. 302 (Benson Exh. to Defs. Motion for SJ); Doc. 380 (Spitzer I Exh. to Plts. Response to Defs. Mat. St. Facts ) | 1,036.70 |
|---|---|---|---|---|
| Dave Priem and Beth Spitzer (2nd) Depos.-Half of original and 1 copy of transcripts & exhibits & reporting services; 195 pages | 8/16/ 2006 | 8/30/20006 | Doc. 302 (Spitzer II Exh. to Defs. Motion for SJ) ; | 680.75 |
| Neil Wynia, Galen Britain, Mardella Graf-Klein Depos. Half of original and 1 copy of transcripts & exhibits & reporting services; 320 pages | 8/15/2006 | 8/30/2006 | Doc. 302 (Britian Exh. to Defs. Motion for SJ); Doc. 302 (Wynia Exh. to Defs. Motion for SJ) | 1,018.00 |
| | | | | |
| TOTAL | | | | 6,973.75 |

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12020092 | 10/21/2005 | 1207-66441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2005 | EYALCO | |

**CASE CAPTION**

Pucket vs Rounds

**TERMS**

Immediate, sold Merrill FOB facility

Diane Best, Esq
Attorney General's Office - Pierre, SD
500 East Capital Ave
Pierre, SD 57501

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles L. Glenn, Ed.D., Ph.D.      159 Pages @      4.10/Page           651.90
        ATTENDANCE                                                              125.00
        Reporter Jurat                                                           18.00
        TotalTranscript                                                          40.00
        Word Index                                                               63.65
        Process/Delivery NL                                                      35.00

                TOTAL   DUE   >>>>           933.55

\*\*Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA   02241-3739

TAX ID NO. :  20-2665382                                             (605) 773-3215

*Please detach bottom portion and return with payment.*

Diane Best, Esq
Attorney General's Office - Pierre, SD
500 East Capital Ave                           Invoice No.:  12020092
Pierre, SD 57501                               Date         :  10/21/2005
                                               **TOTAL DUE** :    **933.55**


                                               Job No.      :  1207-66441
                                               Case No.     :
                                               Pucket vs Rounds

Remit To:   **LegaLink, Inc.**
          **PO Box 3739**
          **Boston, MA 02241-3739**

# INVOICE

## Judith M. Thompson, R.P.R. 1157

OFFICIAL COURT REPORTER
ID# 91-1767639

909 St. Joseph Street, Suite 500
Rapid City, South Dakota 57701

(605) 348-8610
(800) 456-0831
Fax (605) 343-6842
thompsonreporting@rushmore.com

March 20, 2006

**TO:** Diane M. Best, Esq.
Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501

**RE:** Daniel Pucket, et al. vs. Michael Rounds, et al.

```
Original and 1cc. of motions
hearing Jan. 5, 2006
54 pgs. and 7 Min-U-Script
61 pgs. @ $3.30 ea.  --              $201.30
Postage --                               3.95
                                      -------
Total --                              $205.25
```

THANK YOU.

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Signature: _Judith M. Thompson_

Terms: 30 days – Accounts over 30 days are subject to a Service Charge of 21% per year

Attorney General
MAR 2 2 2006



# Dakotah Reporting Agency

300 N. Dakota Ave., #316  Phone: 605-338-8898   Registered Merit Reporter
Sioux Falls, SD 57104    Fax:   605-338-9096   E-Mail: klange@iw.net

|  |  |
|---|---|
| Attorney General's Office | INVOICE NO. :  6145 |
| 1302 East Highway 14, #1 | INVOICE DATE  3/27/2006 |
| Pierre, SD 57501 | REPORTER: |
|  |  |
| MS. DIANE BEST | ID#  46-0460174 |
| Pucket, et al v. Hot Springs School District, et al |  |
| Civ. #03-5033 |  |

| Date | Description | Amount |
|---|---|---|
| 3/22/2006 | DEPOSITION OF JON K. LAUCK | |
| | 1/2 Attendance - 7 hrs. @ $12.50 | 87.50 |
| | 1/2 Original - 252 pgs. @ $1.00 | 252.00 |
| | One Copy - 252 pgs. @ $1.15 | 289.80 |
| | Exhibit Copies - 80 pgs. @ .10 | 8.00 |
| | Postage | 6.80 |
| | Sub Total | 644.10 |
| | Paid | 644.10 |
| | Balance Due | 0.00 |

Thank You!



# RUTH ANN JOHNSON
COURT REPORTER SERVICE
P.O. BOX 13723
GRAND FORKS, ND 58208-3723
(701) 775-4092

No. 15306

TO: DIANE BEST, ATTORNEY AT LAW
OFFICE OF ATTORNEY GENERAL
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501

RE: Pucket et al vs. Rounds et al; Deposition of Kimberly K. Porter, Ph.D., 3-23-06, Grand Forks, North Dakota

4-4-04

| Date | Description | | Amount |
|---|---|---|---|
| 3-23 | Copy of above-named deposition | $ | 655 50 |
| | Copy of above-named record | | 20 90 |
| | Photocopies of Exhibits - 47 pgs. | | 11 75 |
| | Postage | | 5 00 |
| | THANK YOU! | | |
| | | TOTAL | $ 693 15 |
| | (mini ordered; index sent) | | |
| | ID# 20-0901332 | | |

jf

**Page 1**

```
 1           UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH DAKOTA
 2                   WESTERN DIVISION

 3

 4   DANIEL PUCKET, in his own capacity;
     AMY PUCKET, in her own capacity;
 5   LUKE PUCKET, by and through
     his parents and guardians, Daniel and
 6   Amy Pucket; BENJAMIN PUCKET,
     by and through his parents and guardians,
 7   Daniel and Amy Pucket; JIM WILHELM,
     in his own capacity; DORIS WILHELM,
 8   in her own capacity; and JAMIE
     WILHELM, by and through his parents
 9   and guardians, Jim and Doris Wilhelm;

10              Plaintiffs,

11      v.

12   MICHAEL ROUNDS, in his official
     capacity as Governor of South Dakota;
13   LAWRENCE LONG, in his official capacity
     as Attorney General of South Dakota;
14   MARK BARNETT, in his official capacity
     as Chief Deputy Attorney General of
15   South Dakota; HOT SPRINGS SCHOOL
     DISTRICT NO. 23-2; and its SCHOOL
16   BOARD;

17              Defendants.
18   - - - - - - - - - - - - - - - - - - - - - -
19
20        DEPOSITION OF KIMBERLY K. PORTER
21
22              March 23, 2006
23
24
25
```

**Page 2**

```
 1   Appearances:
 2
 3      For the Plaintiffs:

 4      THE BECKET FUND
        1350 Connecticut Avenue Northwest
 5      Suite 605
        Washington, D.C.  20036-1735
 6          By:  ROGER T. SEVERINO, ATTORNEY AT LAW

 7

 8      For the Defendants Michael Rounds,
        Lawrence Long and Mark Barnett:
 9
        OFFICE OF ATTORNEY GENERAL
10      1302 East Highway 14, Suite 1
        Pierre, South Dakota  57501
11          By:  DIANE BEST, ATTORNEY AT LAW

12

13      For the Defendants Hot Springs
        School District No. 23-2 and
14      its School Board:

15      TIESZEN LAW OFFICE, LLP
        P. O. Box 550
16      Pierre, South Dakota  57501-0550
            By:  RICHARD P. TIESZEN, ATTORNEY AT LAW
17

18

19

20      Taken By:  Joy Filipski, Court Reporter
21
22
23
24
25
```

**Page 3**

```
 1                    I N D E X

 2

 3   DEPONENT:                              PAGE NO.

 4      KIMBERLY K. PORTER

 5         Examination by . . . Mr. Severino      5
           Examination by . . . Ms. Best        267
 6         Examination by . . . Mr. Tieszen     313
           Examination by . . . Mr. Severino    334
 7

 8

 9

10

11   EXHIBITS                               MARKED

12   No. 1 -- 8-8-05 E-mail                    46

13   No. 2 -- 8-23-05 E-mail                   61

14   No. 3 -- Bibliographical References       62

15   No. 4 -- Excerpts from The Minds
                of the West                    77
16
     No. 5 -- Report                          188
17
     No. 6 -- 7-12-05 E-mail                  274
18
     No. 7 -- Map                             300
19
20
21
22
23
24
25
```

**Page 4**

```
 1            . . . The following is the Deposition

 2   of KIMBERLY K. PORTER, taken at the request of

 3   the Plaintiffs in the above-entitled cause,

 4   pending in the United States District Court,

 5   Western Division, for the District of South

 6   Dakota, pursuant to Notice and the Federal

 7   Rules of Civil Procedure, before Joy Filipski,

 8   Court Reporter, a Notary Public within and for

 9   the State of North Dakota, at the HOLIDAY INN

10   EXPRESS HOTEL & SUITES, 4051 32nd Avenue South,

11   Dakota Room, Grand Forks, North Dakota, on

12   Thursday, March 23, 2006, at 10:32 o'clock

13   a.m., at which time counsel appeared as

14   hereinbefore set forth . . .
```

```
                                          345
 1              NOTARY-REPORTER'S CERTIFICATE
 2   STATE OF NORTH DAKOTA  )
                            ) ss
 3   COUNTY OF GRAND FORKS  )

 4
 5         I, JOY FILIPSKI, a Notary Public within and
 6   for the County of Grand Forks and State of
 7   North Dakota, do hereby certify:
 8         That prior to being examined the
 9   afore-named witness was by me sworn to testify
10   the truth, the whole truth, and nothing but the
11   truth;
12         That said deposition, consisting of 343
13   pages of typewritten materials, was taken down
14   by me in Stenotype at the time and place
15   therein named, and was thereafter reduced to
16   typewriting under my direction.
17         I further certify that I am neither related
18   to any of the parties or counsel nor interested
19   in this matter directly or indirectly.
20         WITNESS my hand and seal this    day of
21

22                  Joy Filipski
                    Notary Public
23                  Grand Forks County, North Dakota

24
25   My Commission expires October 30, 2008.
```

## Krog, Shellie

**From:** RuthAnn Johnson [rajrep@gra.midco.net]
**Sent:** Monday, June 18, 2007 3:41 PM
**To:** Krog, Shellie
**Subject:** Deposition of Kimberly Porter, Ph.D., 3-23-06

Shellie: The deposition of Dr. Porter was 345 pages; the record made was 11 pages long. If there is anything else you need, let me know.

Ruth Ann Johnson, RPR
600 DeMers Avenue, Suite 300
Grand Forks, North Dakota 58201
(701) 775-4092

**SALLY PARRISH**
*Court Reporter*
5858 Oakstone Dr. SE
Salem, Oregon 97306
Phone (503) 363-5766
Tax ID#: 93-1321783

**RECEIVED**
**JUL 25 2006**
ATTORNEY GENERAL
FINANCE OFFICE

Ms. Diane Best
Assistant Attorney Genral
Office of Attorney General
for South Dakota
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501

July 20, 2006

*1000 52040300 29000*

Deposition of Steven K. Green  DATE: May 10, 2006
(Pucket, et al vs. Rounds, et al) U.S. District
Court for the District of South Dakota (Western
Division) Case No. CIV. 03-5033

TOTAL AMOUNT DUE.........$420.75

Thank You

213 pgs. @ $1.75/pg. for Copy
Word Index - $16.00
Exhibit Copies - $15.00
Delivery Fees - $17.00

RAPID REPORTING

3213 W. Main Street, #199
Rapid City, SD 57702
(605) 343-0066
EIN# 46-0438394

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2006 | 06SS114 |

RECEIVED
JUL 31 2006
ATTORNEY GENERAL
FINANCE OFFICE

**Bill To**
DIANE BEST, AAG
SD ATTORNEY GENERAL'S OFFICE
1302 E. HIGHWAY 14, STE. 1
PIERRE, SD 57501

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | RE: DANIEL PUCKET, ET AL., vs. HOT SPRINGS SCHOOL DISTRICT NO. 23-2 AND ITS SCHOOL BOARD and LAWRENCE E. LONG, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF SOUTH DAKOTA; MARK BARNETT, IN HIS OFFICIAL CAPACITY AS CHIEF DEPUTY ATTORNEY GENERAL OF SOUTH DAKOTA; CIV. NO. 03-5033 |  |  |
|  | 7/18/06 30(b)(6) DEPOSITION OF VERN HAGEDORN: |  |  |
| 140 | PAGES OF TRANSCRIPT (COPY) | 1.40 | 196.00 |
| 48 | PHOTOCOPIES (EXHIBITS) | 0.25 | 12.00 |
|  | ROUGH ASCII @ $10 per 100 pages | 14.00 | 14.00 |
|  | 7/20/06 DEPOSITION OF VERN HAGEDORN: |  |  |
| 154 | PAGES OF TRANSCRIPT (COPY) | 1.40 | 215.60 |
| 37 | PHOTOCOPIES (EXHIBITS) | 0.25 | 9.25 |
|  | POSTAGE | 4.05 | 4.05 |
|  | SUBTOTAL |  | 450.90 |
|  | (The original depositions of Vern Hagedorn will be filed with Mr. Picarello after the read & signs have been returned.) |  |  |
|  | THANK YOU, DIANE!! |  |  |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT.

**Total** $450.90

## JACQUE PERLI REPORTING

13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

**Bill To:**

Roxanne Giedd
Office of Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501

*Invoice*

Number: **3782**

Date: **July 30, 2006**

Pucket v. HS School District

| Description | Amount |
|---|---|
| Half of original and condensed/concordance copy and ASCII of transcripts of depositions of: Amy Pucket and Daniel Pucket -EXPEDITED | 798.00 |
| Half of attendance | 107.50 |
| Exhibits | 1.00 |
| Postage/handling of originals, copies & read and signs - half | 5.00 |
| Total | $911.50 |

Thank you for the opportunity to serve you!

Thompson & Thompson Reporting, Inc.
Registered Professional Reporters
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610 (605) 343-6842 FAX
ID#91-1767639

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2006 | 10051 |

**ORIGINAL**

| BILL TO |
|---|
| Diane Best, Esq.<br>Assistant Attorney General<br>Natural Resources Division<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501 |

| DUE DATE |
|---|
| 8/30/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| 1 copy of the depositions of Larry Belitz, Chuck Benson, Charlene Monfore, Marilyn Umiker and Beth Spitzer | 1,015.50 |
| 1 set exhibits | 16.20 |
| Postage | 5.00 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 1,036.70 |
| 6% SD Sales Tax | |
| **Total** | 1,036.70 |

**Thompson & Thompson Reporting, Inc.**
**Registered Professional Reporters**
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610  (605) 343-6842 FAX
ID#91-1767639

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2006 | 10068 |

### BILL TO

Diane Best, Esq.
Assistant Attorney General
Natural Resources Division
1302 East Highway 14, Suite 1
Pierre, SD 57501

| DUE DATE |
|---|
| 9/29/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| 1/2 Original and 1 copy each of the depositions of Dave Priem and Beth Spitzer, Vol. 2, taken 8/16/06 in Hot Springs, SD | 532.50 |
| 1/2 Reporting services | 140.00 |
| 1 set exhibits | 4.20 |
| Postage | 4.05 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 680.75 |
| 6% SD Sales Tax | |
| **Total** | 680.75 |

## JACQUE PERLI REPORTING

13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

**Invoice**

Number: **3801**

Date: **August 30, 2006**

**Bill To:**

Roxanne Giedd
Office of Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501

Pucket v. HS School District

| Description | Amount |
|---|---:|
| Half of original and condensed/concordance copy of transcripts of depositions of: Neil Wynia, Galen Britain, Mardella Graf-Klein | 800.00 |
| Half of attendance | 148.75 |
| Half of mileage/travel time - 2 days | 40.00 |
| Exhibits | 3.25 |
| ASCII | 3.00 |
| Postage/handling | 5.00 |
| Half of R&S copies/mailing - all witnesses | 18.00 |
| **Total** | **$1,018.00** |

**Thank you for the opportunity to serve you!**