# INVOICE

## *Judith M. Thompson, R.P.R.*
### OFFICIAL COURT REPORTER
ID# 91-1767639
909 St. Joseph Street, Suite 500
Rapid City, South Dakota 57701

RECEIVED 1263
MAR 22 2006
TIESZEN LAW OFFICE, LLP

(605) 348-8610
(800) 456-0831
Fax (605) 343-6842
thompsonreporting@rushmore.com

March 20, 2006

**TO:** Thomas Harmon, Esq.
Tieszen Law Office
P.O. Box 550
Pierre, SD 57501

---

**RE:** Daniel Pucket, et al. vs. Michael Rounds, et al.

| | |
|---|---:|
| 1cc. of motions hearing in the above-named case Jan. 5, 2006 -- | $50.63 |
| SD sales tax 6% -- | 3.04 |
| Postage -- | 3.95 |
| Total -- | $57.62 |

THANK YOU.

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

Signature: *Judith M Thompson*

Terms: 30 days – Accounts over 30 days are subject to a Service Charge of 21% per year.



**LEGALINK**
A WORDWAVE COMPANY
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

LegaLink Boston　　tel (800) 822-3376
320 Congress Street　tel (617) 542-0039
4th Floor　　　　　　fax (617) 542-2119
Boston, MA 02210　　www.legalink.com

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12020093 | 10/21/2005 | 1201-66441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2005 | EYALCO | |

| CASE CAPTION |
|---|
| Pucket vs Rounds |

| TERMS |
|---|
| Due upon receipt |

Richard P. Tieszen
Tieszen Law Office, LLP
306 East Capitol - Suite 300
Pierre, SD 57501

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles L. Glenn, Ed.D., Ph.D.                                569.40

                                      TOTAL   DUE   >>>>         569.40

**Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation,
issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address.  Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA   02241-3739
```

TAX ID NO.: 04-3302306　　　　　　　　　　　　　　　　　　　　　　(605) 224-1500

*Please detach bottom portion and return with payment.*

---

Richard P. Tieszen
Tieszen Law Office, LLP
306 East Capitol - Suite 300
Pierre, SD 57501

Invoice No.: 12020093
Date       : 10/21/2005
**TOTAL DUE** :   569.40

Job No.  : 1201-66441
Case No. :
Pucket vs Rounds

Remit To:　**LegaLink Boston**
　　　　　　**PO Box 3739**
　　　　　　**Boston, MA 02241-3739**



# Dakotah Reporting Agency

300 N. Dakota Ave., #316  
Sioux Falls, SD 57104

Phone: 605-338-8898  
Fax: 605-338-9096

Registered Merit Reporter  
E-Mail: klange@iw.net

**RECEIVED**

MAR 28 2006

TIESZEN LAW OFFICE, LLP

Tieszen Law Office  
Box 550  
306 East Capitol, Suite 300  
Pierre, SD 57501

MR. RICHARD TIESZEN

Pucket, et al v. Hot Springs School District, et al  
Western Div. Civ. #03-5033

INVOICE NO. : 6146  
INVOICE DATE 3/27/2006  
REPORTER: Kerry Lange

ID# 46-0460174

| Date | Description | Amount |
|---|---|---|
| 3/22/2006 | DEPOSITION OF JON K. LAUCK | |
| | 1/2 Attendance | 87.50 |
| | 1/2 Original | 252.00 |
| | One Copy | 289.80 |
| | Exhibit Copies | 8.00 |
| | Postage | 4.80 |
| | Sales Tax | 38.01 |
| | Sub Total | 680.11 |
| | Paid | 0.00 |
| | Balance Due | 680.11 |

**Thank You!**



# RUTH ANN JOHNSON
## COURT REPORTER SERVICE
P.O. BOX 13723
GRAND FORKS, ND 58208-3723
(701) 775-4092

No. 15307

TO: RICHARD P. TIESZEN, ESQ.
P. O. Box 550
Pierre, South Dakota 57501

RE: Pucket et al vs. Rounds et al;
Depositions of Kimberly K. Porter, Ph.D.
3-23-06, Grand Forks, North Dakota

4-4-06

| | 3-23 | | | | |
|---|---|---|---|---|---|
| | | Appearance Time | $ | 45 | 00 |
| | | Original and one copy of record of above-named | | 35 | 75 |
| | | Copy of above-named deposition | | 655 | 50 |
| | | Photocopies of Exhibits - 47 pgs. | | 11 | 75 |
| | | Postage, Certified, too | | 6 | 90 |
| | | THANK YOU! | | | |
| jf | | (mini/disk ordered; index sent)   TOTAL | $ | 754 | 90 |
| | | ID#  20-0901332 | | | |

**SALLY PARRISH**
*Court Reporter*
5858 Oakstone Dr. SE
Salem, Oregon 97306
Phone (503) 363-5766
Tax ID#: 93-1321783

Mr. Richard Tieszen
Attorney at Law
306 E. Capitol, Suite 300          July 22, 2006
P.O. Box 550
Pierre, South Dakota 57501-0550

---

Deposition of Steven K. Green   DATE: May 10, 2006
(Pucket, et al vs. Rounds, et al) U.S. District
Court Case No. CIV. 03-5033 for South Dakota
(Western Division)

TOTAL AMOUNT DUE........$448.75 C.O.D.

Thank You

                         213 pgs. @ $1.75/ pg. for Copy
                         Word Index - $16.00
                         Exhibit Copies - $15.00
                         ASCII Disk File - $15.00
                         Delivery Fees - $30.00

Court No. CIV-03-5033

# SHERIFF'S RETURN and Day Book Entry

№ 10173

STATE OF SOUTH DAKOTA, COUNTY OF FALL RIVER, SS.

I, the undersigned, sheriff within and for the said County of Fall River, hereby certify and return; that on the _____ day of __07/10/06__, 20 ____, in said county and state, I did then and there serve the annexed __SUBPOENA IN A CIVIL CASE, CHECK FOR WITNESS FEES 48.90 CK # 15334__

on __LARRY BELITZ__

the __WITNESS__ named therein, by then and there delivering to and leaving with __LARRY BELITZ__ a full, true and correct copy thereof.

| SHERIFF'S FEES | | ENTRY | |
|---|---|---|---|
| WITNESS | $ 7.50 | PUCKETS | Plaintiff. |
| | $ | VS. | |
| | $ | HS SCHOOL DISTRICT | Defendant. |
| | $ | Attorney Received From | |
| | $ | TIESZEN LAW OFFICE PO BOX 550 PIERRE, SD 57501-0550 | |
| | $ | Received 07/07/06  Served 07/10/06  Return 07/14/06 | |
| | $ | SUBPOENA | |
| | $ | Kind of Process | |
| | $ | HS SCHOOL DISTRICT OFFICE | |
| | $ | In What Court | |
| | $ | R. BENINATI | |
| Mileage  6 X .30 | $ 1.80 | By Whom Served | |
| TOTAL | $ 9.30 | LARRY BELITZ | |
| | | Upon Whom Papers Were Served | |

Dated at Hot Springs, South Dakota, this _____ day of _____  07/14/06, 20 ____.

JEFFERY D. TARRELL                By _____
Sheriff of Fall River County                              Deputy

Court No. CIV 03-5033

# SHERIFF'S RETURN and Day Book Entry

STATE OF SOUTH DAKOTA, COUNTY OF FALL RIVER, SS.

№ 10205

I, the undersigned, sheriff within and for the said County of Fall River, hereby certify and return; that on the _____ day of _____, 20 ____, in said county and state, I did then and there serve the annexed AMENDED SUBPOENA _____

_____ on CHUCK BENSON

the RESPONDENT named therein, by then and there delivering to and leaving with _____

_____ a full, true and correct copy thereof.

| SHERIFF'S FEES | | ENTRY |
|---|---|---|
| AMENDED SUBPOENA | $ 7.50 | PUCKET — Plaintiff. |
| | $ | vs. |
| | $ | HS SCHOOL DISTRICT — Defendant. |
| | $ | Attorney Received From |
| | $ | TIESZEN LAW FIRM PO BOX 550 PIERRE, SD 57501 |
| | $ | Received 07/14/06 Served 07/14/06 Return 07/15/06 |
| | $ | AMENDED SUBPOENA — Kind of Process |
| | $ | |
| | $ | In What Court |
| | $ | PAT LOGUE — By Whom Served |
| Mileage | $ NO MILES | |
| TOTAL | $ 7.50 | CHUCK BENSON — Upon Whom Papers Were Served |

Dated at Hot Springs, South Dakota, this _____ day of 07/15/06 , 20 ____.

JEFFERY D. TARRELL
Sheriff of Fall River County

By PAT LOGUE
_Robert Blumenste_ (signature) Deputy

Court No. CIV-03-5033

# SHERIFF'S RETURN and Day Book Entry

№ 10174

STATE OF SOUTH DAKOTA, COUNTY OF FALL RIVER, SS.

I, the undersigned, sheriff within and for the said County of Fall River, hereby certify and return; that on the _____ day of __07/10/06__, 20 _____, in said county and state, I did then and there serve the annexed SUBPOENA AND CHECK FOR WITNESS FEES 48.90 CK # 15333

on CHUCK BENSON

the WITNESS named therein, by then and there delivering to and leaving with CHUCK BENSON a full, true and correct copy thereof.

| SHERIFF'S FEES | | ENTRY |
|---|---|---|
| SUBPOENA | $ 7.50 | PUCKET — Plaintiff. |
| | $ | VS. |
| | $ | HS SCHOOL DISTRICT — Defendant. |
| | $ | Attorney Received From |
| | $ | TIESZEN LAW OFFICE PO BOX 550, PIERRE, SD 57501-0550 |
| | $ | Received 07/07/06  Served 07/10/06  Return 07/14/06 |
| | $ | SUBPOENA — Kind of Process |
| | $ | HS SCHOOL DISTRICT OFFICE — In What Court |
| | $ | R. BENINATI — By Whom Served |
| Mileage 2 X .30 | $ .60 | |
| TOTAL | $ 8.10 | CHUCK BENSON — Upon Whom Papers Were Served |

Dated at Hot Springs, South Dakota, this _____ day of _____ 07/14/06, 20 _____.

JEFFERY D. TARRELL
Sheriff of Fall River County

By _____ Deputy

## JACQUE PERLI REPORTING

13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

## Invoice

Number: 3781
Date: July 30, 2006

**Bill To:**

Dick Tieszen
Tieszen Law Office
Attorneys at Law
PO Box 550
Pierre, SD 57501

Pucket v. Hot Springs
School District

| Description | Amount |
|---|---|
| Half of original and condensed/concordance copy of transcripts of depositions of: Amy Pucket and Daniel Pucket, and ASCII - EXPEDITED - 2 days | 798.00 |
| Half of attendance | 107.50 |
| Exhibits | 1.00 |
| Email | 0.00 |
| Postage/handling of originals, copies & read and signs | 5.00 |
| Tax | 54.69 |
| **Total** | **$966.19** |

Thank you for the opportunity to serve you!

**Thompson & Thompson Reporting, Inc.**
Registered Professional Reporters
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610  (605) 343-6842 FAX
ID#91-1767639

RECEIVED
AUG 0 1 2006
TIESZEN LAW OFFICE, LLP

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2006 | 10050 |

ORIGINAL

Billing:
DT original
TH ___
JG ___
NC ___
MM ___
MF cy

| BILL TO |
|---|
| Richard P. Tieszen, Esq.<br>Tieszen Law Office<br>306 East Capitol, Suite 300<br>Pierre, SD 57501 |

| DUE DATE |
|---|
| 8/30/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| Original and 1 copy of the depositions of Larry Belitz, Chuck Benson, Charlene Monfore, Marilyn Umiker and Beth Spitzer taken 7/17/06 and 7/19/06 | 2,369.50T |
| Reporting services for 7/17/06 and 7/19/06 in Hot Springs, SD | 665.00T |
| 1 set exhibits | 16.20T |
| Postage | 9.05 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 3,059.75 |
| 6% SD Sales Tax | 183.04 |
| **Total** | 3,242.79 |

0233359

RECEIVED
TIESZEN LAW OFFICE, LLP
SEP 0 1 2006

**Thompson & Thompson Reporting, Inc.**
Registered Professional Reporters
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610  (605) 343-6842 FAX
ID#91-1767639

TIESZEN LAW OFFICE, LLP     **Invoice**

| DATE | INVOICE # |
|---|---|
| 8/30/2006 | 10066 |

### BILL TO

JUDITH K. GRUNEWALDT, ESQ.
Tieszen Law Office
Attorneys at Law
P.O. Box 550
Pierre, SD 57501-0550

| DUE DATE |
|---|
| 9/29/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| 1/2 Original and 1 copy each of the depositions of Dave Priem and Beth Spitzer, Vol. 2, taken 8/16/06, in Hot Springs, SD | 532.50T |
| Dirty ASCII of the depo of Beth Spitzer Vol. 2 | 126.00T |
| 1/2 Reporting services | 140.00T |
| 1 set exhibits | 4.20T |
| Postage | 4.05 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 806.75 |
| 6% SD Sales Tax | 48.16 |
| **Total** | 854.91 |

**JACQUE PERLI REPORTING**
13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

**Invoice**

RECEIVED
SEP 0 5 2006
TIESZEN LAW OFFICE, LLP

Number: 3800
Date: August 30, 2006

**Bill To:**
Judy Grunewaldt
Tieszen Law Office
PO Box 550
Pierre, SD 57501

Pucket v.
Hot Springs School District

| Description | Amount |
|---|---|
| Half of original and condensed/concordance copy of transcripts of depositions of: Neil Wynia, Galen Britain, Mardella Graf-Klein | 800.00 |
| Half of attendance | 148.75 |
| Half of mileage/travel time - 2 days | 40.00 |
| Exhibits | 3.25 |
| ASCII | 3.00 |
| ostage/handling | 8.00 |
| Half of R&S copies/mailing - all witnesses | 18.00 |
| Tax | 61.26 |
| Email | 0.00 |
| **Total** | **$1,082.26** |

Thank you for the opportunity to serve you!

0235662

**JACQUE PERLI REPORTING**
13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599



RECEIVED
FEB 21 2007
TIESZEN LAW OFFICE PROF, LLC

*Invoice*

Number: **3890**

Date: **February 18, 2007**

**Bill To:**
Judy Grunewaldt
Tieszen Law Office
PO Box 550
Pierre, SD 57501

Pucket v.
Hot Springs School District

| Description | Amount |
|---|---:|
| Half of original and condensed/concordance copy of transcript of deposition of: Beth Spitzer, Vol. III | 317.20 |
| Copy of certification of questions from Vern Hagedorn deposition | 14.40 |
| Condensed/concordance copy of deposition of transcript of Vern Hagedorn, Vol. II | 224.00 |
| Half of attendance for deposition of Beth Spitzer | 83.12 |
| Exhibitis | 0.10 |
| Email | 0.00 |
| ASCII | 3.00 |
| Postage/handling | 10.00 |
| Half of read and sign copy/postage - Spitzer | 9.50 |
| Tax | 39.67 |
| **Total** | **$700.99** |

**Thank you for the opportunity to serve you!**