## Daniel Pucket, et. al v. Hot Springs School District, et. al.

Attachment to Bill of Costs (Transcripts)

| Item & Number of Pages | Date of Depo Or hearing | Invoice Date | Introduced or Record Reference | Cost |
|---|---|---|---|---|
| Charles Glenn Depo. Original & one copy of transcript & exhibits; 159 pages | 9/25/2005 | 10/21/2005 | Doc.115 ( Sch. Dist. Motion for SJ); Doc. 308 (Pltfs. Motion for SJ); Doc. 370 (Defs Motion to Strike); Doc 435 (Pltfs. Response to Motion to Strike); | 933.55 |
| Motion Hearing Original & one copy of transcript; 61 pages | 1/5/2006 | 3/20/2006 | Doc. 146 | 205.25 |
| Jon Lauck Depo. Half of original transcript & 1 copy of transcripts & reporting service attendance fee; 584 pages | 3/22/2006 | 3/27/2006 | Doc.316 (Pltfs. Motion for SJ); (Doc 435 (Pltfs. Response to Motion to Strike) | 644.10 |
| Kimberly Porter Depo. Copy of transcript & exhibits; 345 pages | 3/23/2006 | 4/04/2006 | Doc. 314 (Pltfs. Motion for SJ); Doc. 370 (Defs. Motion to Strike); Doc. 422 Pltfs. Motion for SJ) | 693.15 |
| Kimberly Porter Addtl. Record. Subtract additional record of Defendants from above transcript invoice | 3/23/2006 | 4/04/2006 | | (20.90) |
| Steven Green Depo. Copy of transcript & exhibits; 213 pages | 5/10/2006 | 7/20/2006 | Doc. 308 (Pltfs. Motion for SJ) | 420.75 |
| Vern Hagedorn 30(b) Depo. for school district & Vern Hagedorn individual depo. Copy of transcripts & exhibits; 140 pages and 154 pages | 7/18/2006 & 7/20/2006 | 7/27/2006 | Doc. 387 (Hagedorn 30(b)(6) as Exh. to Pltfs. Response to Defs St. of Material Facts) | 450.90 |
| Amy & Daniel Pucket Depos. Half of original transcript & 1 copy of transcripts & reporting services; 265 pages | 7/21/2006 | 7/30/2006 | Doc. 302 (Amy Pucket and Daniel Pucket Exhs. To Defs. Motion for SJ) | 911.50 |

| Larry Belitz, Chuck Benson, Charlene Monfore, Marilyn Umiker, and Beth Spitzer I Depos. Copy of transcripts & exhibits; 630 pages | 7/17/200 & 7/19/2006 | 7/31/2006 | Doc.302 (Spitzer I Exh. to Defs. Motion for SJ); Doc. 302 (Benson Exh. to Defs. Motion for SJ); Doc. 380 (Spitzer I Exh. to Plts. Response to Defs. Mat. St. Facts) | 1,036.70 |
|---|---|---|---|---|
| Dave Priem and Beth Spitzer (2nd) Depos.-Half of original and 1 copy of transcripts & exhibits & reporting services; 195 pages | 8/16/2006 | 8/30/20006 | Doc. 302 (Spitzer II Exh. to Defs. Motion for SJ); | 680.75 |
| Neil Wynia, Galen Britain, Mardella Graf-Klein Depos. Half of original and 1 copy of transcripts & exhibits & reporting services; 320 pages | 8/15/2006 | 8/30/2006 | Doc. 302 (Britian Exh. to Defs. Motion for SJ); Doc. 302 (Wynia Exh. to Defs. Motion for SJ) | 1,018.00 |
| | | | | |
| TOTAL | | | | 6,973.75 |

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12020092 | 10/21/2005 | 1207-66441 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/23/2005 | EYALCO | |

**CASE CAPTION**

Pucket vs Rounds

**TERMS**

Immediate, sold Merrill FOB facility

Diane Best, Esq
Attorney General's Office - Pierre, SD
500 East Capital Ave
Pierre, SD 57501

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Charles L. Glenn, Ed.D., Ph.D.           159 Pages @        4.10/Page          651.90
        ATTENDANCE                                                                 125.00
        Reporter Jurat                                                              18.00
        TotalTranscript                                                             40.00
        Word Index                                                                  63.65
        Process/Delivery NL                                                         35.00

                                          TOTAL   DUE   >>>>                       933.55
```

\*\*Reporter's Jurat (Pursuant to Massachusetts Executive Order 455 (03-13), preparation, issuance and recording of notarized and certified document)
LegaLink Boston now has a new payment address. Please send your payments to:
LegaLink Boston
PO Box 3739
Boston, MA  02241-3739

TAX ID NO.: 20-2665382                                                  (605) 773-3215

*Please detach bottom portion and return with payment.*

Diane Best, Esq
Attorney General's Office - Pierre, SD
500 East Capital Ave
Pierre, SD 57501

```
Invoice No.:  12020092
Date       :  10/21/2005
TOTAL DUE  :     933.55


Job No.    :  1207-66441
Case No.   :
Pucket vs Rounds
```

Remit To:   **LegaLink, Inc.**
            **PO Box 3739**
            **Boston, MA 02241-3739**

# INVOICE

## Judith M. Thompson, R.P.R. 1157

OFFICIAL COURT REPORTER
ID# 91-1767639

909 St. Joseph Street, Suite 500
Rapid City, South Dakota 57701

Attorney General
MAR 22 2006

(605) 348-8610
(800) 456-0831
Fax (605) 343-6842
thompsonreporting@rushmore.com

March 20, 2006

**TO:** Diane M. Best, Esq.
Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501

**RE:** Daniel Pucket, et al. vs. Michael Rounds, et al.

Original and 1cc. of motions
hearing Jan. 5, 2006
54 pgs. and 7 Min-U-Script
61 pgs. @ $3.30 ea. --                    $201.30
Postage --                                   3.95

Total --                                  $205.25

THANK YOU.

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.
Signature: _____

Terms: 30 days — Accounts over 30 days are subject to a Service Charge of 21% per year.



# Dakotah Reporting Agency

300 N. Dakota Ave., #316  
Sioux Falls, SD 57104

Phone: 605-338-8898  
Fax:   605-338-9096

Registered Merit Reporter  
E-Mail: klange@iw.net

|  |  |
|---|---|
| INVOICE NO.: | 6145 |
| INVOICE DATE | 3/27/2006 |
| REPORTER: | |

Attorney General's Office  
1302 East Highway 14, #1  
Pierre, SD 57501

MS. DIANE BEST

ID# 46-0460174

Pucket, et al v. Hot Springs School  
District, et al  
Civ. #03-5033

| Date | Description | Amount |
|---|---|---|
| 3/22/2006 | DEPOSITION OF JON K. LAUCK | |
| | 1/2 Attendance - 7 hrs. @ $12.50 | 87.50 |
| | 1/2 Original - 252 pgs. @ $1.00 | 252.00 |
| | One Copy - 252 pgs. @ $1.15 | 289.80 |
| | Exhibit Copies - 80 pgs. @ .10 | 8.00 |
| | Postage | 6.80 |
| | Sub Total | 644.10 |
| | Paid | 644.10 |
| | Balance Due | 0.00 |

Thank You!

**RUTH ANN JOHNSON**
COURT REPORTER SERVICE
P.O. BOX 13723
GRAND FORKS, ND 58208-3723
(701) 775-4092


NCRA MEMBER
Guardians of the Record

No. 15306

TO: DIANE BEST, ATTORNEY AT LAW  RE: Pucket et al vs. Rounds et al; Deposition
OFFICE OF ATTORNEY GENERAL  of Kimberly K. Porter, Ph.D., 3-23-06,
1302 East Highway 14, Suite 1  Grand Forks, North Dakota
Pierre, South Dakota 57501

| | | 4-4-04 | |
|---|---|---|---|
| 3-23 | Copy of above-named deposition | $ 655 | 50 |
| | Copy of above-named record | 20 | 90 |
| | Photocopies of Exhibits - 47 pgs. | 11 | 75 |
| | Postage | 5 | 00 |
| | THANK YOU! TOTAL | $ 693 | 15 |
| | (mini ordered; index sent) | | |
| | ID# 20-0901332 | | |

jf

## Page 1

```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF SOUTH DAKOTA
                  WESTERN DIVISION


DANIEL PUCKET, in his own capacity;
AMY PUCKET, in her own capacity;
LUKE PUCKET, by and through
his parents and guardians, Daniel and
Amy Pucket; BENJAMIN PUCKET,
by and through his parents and guardians,
Daniel and Amy Pucket; JIM WILHELM,
in his own capacity; DORIS WILHELM,
in her own capacity; and JAMIE
WILHELM, by and through his parents
and guardians, Jim and Doris Wilhelm;

              Plaintiffs,

     v.

MICHAEL ROUNDS, in his official
capacity as Governor of South Dakota;
LAWRENCE LONG, in his official capacity
as Attorney General of South Dakota;
MARK BARNETT, in his official capacity
as Chief Deputy Attorney General of
South Dakota; HOT SPRINGS SCHOOL
DISTRICT NO. 23-2; and its SCHOOL
BOARD;

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - -

       DEPOSITION OF KIMBERLY K. PORTER

                March 23, 2006
```

## Page 2

Appearances:

For the Plaintiffs:

THE BECKET FUND
1350 Connecticut Avenue Northwest
Suite 605
Washington, D.C. 20036-1735
   By:  ROGER T. SEVERINO, ATTORNEY AT LAW


For the Defendants Michael Rounds,
Lawrence Long and Mark Barnett:

OFFICE OF ATTORNEY GENERAL
1302 East Highway 14, Suite 1
Pierre, South Dakota  57501
   By:  DIANE BEST, ATTORNEY AT LAW


For the Defendants Hot Springs
School District No. 23-2 and
its School Board:

TIESZEN LAW OFFICE, LLP
P. O. Box 550
Pierre, South Dakota  57501-0550
   By:  RICHARD P. TIESZEN, ATTORNEY AT LAW




Taken By:  Joy Filipski, Court Reporter

## Page 3

                    I N D E X

DEPONENT:                                  PAGE NO.
   KIMBERLY K. PORTER
      Examination by . . . Mr. Severino       5
      Examination by . . . Ms. Best         267
      Examination by . . . Mr. Tieszen      313
      Examination by . . . Mr. Severino     334


EXHIBITS                                    MARKED
No. 1 -- 8-8-05 E-mail                         46
No. 2 -- 8-23-05 E-mail                        61
No. 3 -- Bibliographical References            62
No. 4 -- Excerpts from The Minds
         of the West                           77
No. 5 -- Report                               188
No. 6 -- 7-12-05 E-mail                       274
No. 7 -- Map                                  300

## Page 4

        . . . The following is the Deposition
of KIMBERLY K. PORTER, taken at the request of
the Plaintiffs in the above-entitled cause,
pending in the United States District Court,
Western Division, for the District of South
Dakota, pursuant to Notice and the Federal
Rules of Civil Procedure, before Joy Filipski,
Court Reporter, a Notary Public within and for
the State of North Dakota, at the HOLIDAY INN
EXPRESS HOTEL & SUITES, 4051 32nd Avenue South,
Dakota Room, Grand Forks, North Dakota, on
Thursday, March 23, 2006, at 10:32 o'clock
a.m., at which time counsel appeared as
hereinbefore set forth . . .

```
                                    345
 1              NOTARY-REPORTER'S CERTIFICATE
 2   STATE OF NORTH DAKOTA   )
                             ) ss
 3   COUNTY OF GRAND FORKS   )

 4
 5        I, JOY FILIPSKI, a Notary Public within and
 6   for the County of Grand Forks and State of
 7   North Dakota, do hereby certify:
 8        That prior to being examined the
 9   afore-named witness was by me sworn to testify
10   the truth, the whole truth, and nothing but the
11   truth;
12        That said deposition, consisting of 343
13   pages of typewritten materials, was taken down
14   by me in Stenotype at the time and place
15   therein named, and was thereafter reduced to
16   typewriting under my direction.
17        I further certify that I am neither related
18   to any of the parties or counsel nor interested
19   in this matter directly or indirectly.
20        WITNESS my hand and seal this    day of
21

22                  Joy Filipski
                    Notary Public
23                  Grand Forks County, North Dakota

24
25   My Commission expires October 30, 2008.
```

## Krog, Shellie

**From:** RuthAnn Johnson [rajrep@gra.midco.net]
**Sent:** Monday, June 18, 2007 3:41 PM
**To:** Krog, Shellie
**Subject:** Deposition of Kimberly Porter, Ph.D., 3-23-06

Shellie: The deposition of Dr. Porter was 345 pages; the record made was 11 pages long. If there is anything else you need, let me know.

Ruth Ann Johnson, RPR
600 DeMers Avenue, Suite 300
Grand Forks, North Dakota 58201
(701) 775-4092

SALLY PARRISH
*Court Reporter*
5858 Oakstone Dr. SE
Salem, Oregon 97306
Phone (503) 363-5766
Tax ID#: 93-1321783

RECEIVED
JUL 25 2006
ATTORNEY GENERAL
FINANCE OFFICE

Ms. Diane Best
Assistant Attorney Genral
Office of Attorney General
for South Dakota
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501

July 20, 2006

*1000 52040300 29000*

Deposition of Steven K. Green DATE: May 10, 2006
(Pucket, et al vs. Rounds, et al) U.S. District
Court for the District of South Dakota (Western
Division) Case No. CIV. 03-5033

TOTAL AMOUNT DUE..........$420.75

Thank You

213 pgs. @ $1.75/pg. for Copy
Word Index - $16.00
Exhibit Copies - $15.00
Delivery Fees - $17.00

RAPID REPORTING

3213 W. Main Street, #199
Rapid City, SD 57702
(605) 343-0066
EIN# 46-0438394

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2006 | 06SS114 |

**Bill To**

DIANE BEST, AAG
SD ATTORNEY GENERAL'S OFFICE
1302 E. HIGHWAY 14, STE. 1
PIERRE, SD 57501

RECEIVED
JUL 31 2006
ATTORNEY GENERAL
FINANCE OFFICE

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | RE: DANIEL PUCKET, ET AL., vs. HOT SPRINGS SCHOOL DISTRICT NO. 23-2 AND ITS SCHOOL BOARD and LAWRENCE E. LONG, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF SOUTH DAKOTA; MARK BARNETT, IN HIS OFFICIAL CAPACITY AS CHIEF DEPUTY ATTORNEY GENERAL OF SOUTH DAKOTA; CIV. NO. 03-5033 |  |  |
|  | 7/18/06 30(b)(6) DEPOSITION OF VERN HAGEDORN: |  |  |
| 140 | PAGES OF TRANSCRIPT (COPY) | 1.40 | 196.00 |
| 48 | PHOTOCOPIES (EXHIBITS) | 0.25 | 12.00 |
|  | ROUGH ASCII @ $10 per 100 pages | 14.00 | 14.00 |
|  | 7/20/06 DEPOSITION OF VERN HAGEDORN: |  |  |
| 154 | PAGES OF TRANSCRIPT (COPY) | 1.40 | 215.60 |
| 37 | PHOTOCOPIES (EXHIBITS) | 0.25 | 9.25 |
|  | POSTAGE | 4.05 | 4.05 |
|  | SUBTOTAL |  | 450.90 |
|  | (The original depositions of Vern Hagedorn will be filed with Mr. Picarello after the read & signs have been returned.) |  |  |
|  | THANK YOU, DIANE!! |  |  |

PLEASE INCLUDE INVOICE NUMBER WITH PAYMENT.

**Total** $450.90

## JACQUE PERLI REPORTING

13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

# Invoice

Number: **3801**

Date: **August 30, 2006**

**Bill To:**

Roxanne Giedd
Office of Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501

Pucket v. HS School District

| Description | Amount |
|---|---|
| Half of original and condensed/concordance copy of transcripts of depositions of: Neil Wynia, Galen Britain, Mardella Graf-Klein | 800.00 |
| Half of attendance | 148.75 |
| Half of mileage/travel time - 2 days | 40.00 |
| Exhibits | 3.25 |
| ASCII | 3.00 |
| Postage/handling | 5.00 |
| Half of R&S copies/mailing - all witnesses | 18.00 |
| **Total** | **$1,018.00** |

Handwritten notation: 119 pg. r5 px; 131 p.

Thank you for the opportunity to serve you!

Thompson & Thompson Reporting, Inc.
Registered Professional Reporters
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610  (605) 343-6842 FAX
ID#91-1767639

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2006 | 10068 |

### BILL TO

Diane Best, Esq.
Assistant Attorney General
Natural Resources Division
1302 East Highway 14, Suite 1
Pierre, SD 57501

| DUE DATE |
|---|
| 9/29/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| 1/2 Original and 1 copy each of the depositions of Dave Priem and Beth Spitzer, Vol. 2, taken 8/16/06 in Hot Springs, SD | 532.50 |
| 1/2 Reporting services | 140.00 |
| 1 set exhibits | 4.20 |
| Postage | 4.05 |

Handwritten: 115 pg.

Thank you for your business!

| Subtotal | 680.75 |
|---|---|
| 6% SD Sales Tax | |
| **Total** | 680.75 |

## JACQUE PERLI REPORTING

13949 Neck Yoke Road
Rapid City, SD 57702
605/381-7404 FAX 605/343-0087
Tax ID #22-3891599

# Invoice

Number: **3782**

Date: **July 30, 2006**

**Bill To:**

Roxanne Giedd
Office of Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501

Pucket v. HS School District

| Description | Amount |
|---|---|
| Half of original and condensed/concordance copy and ASCII of transcripts of depositions of: Amy Pucket and Daniel Pucket -EXPEDITED | 798.00 |
| Half of attendance | 107.50 |
| Exhibits | 1.00 |
| Postage/handling of originals, copies & read and signs - half | 5.00 |
| **Total** | **$911.50** |

Thank you for the opportunity to serve you!

**Thompson & Thompson Reporting, Inc.**
Registered Professional Reporters
909 St. Joseph St. Suite 500
Rapid City, SD 57701
(605) 348-8610  (605) 343-6842 FAX
ID#91-1767639

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2006 | 10051 |

**ORIGINAL**

| BILL TO |
|---|
| Diane Best, Esq.<br>Assistant Attorney General<br>Natural Resources Division<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501 |

| DUE DATE |
|---|
| 8/30/2006 |

| DESCRIPTION | AMOUNT |
|---|---|
| Pucket vs. Hot Springs School District, et al. | 0.00 |
| 1 copy of the depositions of Larry Belitz, Chuck Benson, Charlene Monfore, Marilyn Umiker and Beth Spitzer | 1,015.50 |
| 1 set exhibits | 16.20 |
| Postage | 5.00 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 1,036.70 |
| 6% SD Sales Tax | |
| **Total** | 1,036.70 |